PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **James Kuntz**             Docket No. **08CR000726**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Jonathan Muller** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **James Kuntz**, who was placed under pretrial release supervision by the **Honorable Joseph A. Greenaway, Jr.** sitting in the Court at Newark, on September 29, 2008, under the following conditions: $100,000 unsecured appearance bond; Pretrial Services supervision; defendant's friend, Joe Parks, appointed third party custodian; surrender passport and do not apply for additional travel documents; travel restricted to New Jersey, New York and Maryland; no contact with minors unless in the presence of a parent or guardian who is aware of the offense; any approved computer/device in the home may be subject to password protection and routine monitoring, which may include software monitoring, and manual inspection by Pretrial Services; mental health testing and treatment as deemed appropriate by Pretrial Services; defendant to reside with his father.

The defendant entered a guilty plea before Your Honor at the time of his initial appearance and is presently scheduled to be sentenced on January 12, 2009.

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **a bail review hearing be scheduled.**

ORDER OF COURT

Considered and ordered this 17th day of November, 2008 and ordered filed and made a part of the records in the above case.

Honorable Joseph A. Greenaway, Jr.
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/17/08

Jonathan Muller
Sr. United States Pretrial Services Officer